```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/11/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

PINKNEWS MEDIA GROUP LTD.,

               **Plaintiff,**

   - against -

HERE PUBLISHING INC. d/b/a PRIDE
MEDIA, OREVA CAPITAL CORP.,
ADAM LEVIN, and DOES 1-50,

               **Defendants,**

--------------------------------------------------------------- x

Case No. 1:19-cv-05609-AT

## JUDGMENT

    This matter having come before the Court upon the service of a Federal Rules of Civil Procedure ("FRCP") Rule 68 Offer of Judgment ("Offer") by Defendants Here Publishing Inc. d/b/a Pride Media, Oreva Capital Corp, and Adam Levin (collectively, "Defendants") on May 25, 2021, followed by Notice of Acceptance ("Acceptance") served by Plaintiff PinkNews Media Group Ltd. ("Plaintiff") on Defendants on June 8, 2021;

    **WHEREAS**, in accordance with the terms set forth in the Offer, on May 25, 2021, Defendants offered to allow judgment to be taken against them by Plaintiff "in the amount of $49,998.84, inclusive of all damages, plus reasonable attorneys' fees, costs and expenses actually incurred, to which Plaintiff may be entitled to by law, to be determined by the Court";

    **WHEREAS**, in accordance with the terms set forth in the Acceptance, on June 8, 2021, Plaintiff accepted Defendants' Offer by serving notice of said Acceptance on Defendants and, on June 11, 2021, filing with the Court the Offer and Acceptance with proof of service;

1

**IT IS HEREBY ORDERED**, that judgment is entered in favor of Plaintiff, PinkNews Media Group Ltd., and against Defendants, Here Publishing Inc. d/b/a Pride Media, Oreva Capital Corp, and Adam Levin, "in the amount of $49,998.84, inclusive of all damages, plus reasonable attorneys' fees, costs and expenses actually incurred, to which Plaintiff may be entitled to by law, to be determined by the Court", plus interest as follows: post-judgment interest at the applicable statutory rate (see 28 U.S.C. § 1961) through satisfaction;

**IT IS FURTHER ORDERED**, that, pursuant to the Offer, Acceptance, and FRCP Rule 54, Plaintiff be permitted to file post-judgment papers detailing its attorneys' fees, costs and expenses actually incurred, to which Plaintiff may be entitled by law, to be determined by the Court; and

**IT IS FURTHER ORDERED**, that judgment shall be entered by the clerk for the total amount as set forth and computed above.

SO ORDERED.

Dated: June 11, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge