```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PINKNEWS MEDIA GROUP LTD.,

                Plaintiff,

-against-

HERE PUBLISHING INC. d/b/a PRIDE MEDIA, OREVA CAPITAL CORP., ADAM LEVIN, and DOES 1–50,

                Defendants.

19 Civ. 5609 (AT) (DCF)

**ORDER**

ANALISA TORRES, District Judge:

      Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 58, of the Honorable Debra C. Freeman, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

      The Court therefore ADOPTS the R&R in its entirety. Accordingly, Plaintiff's motion for attorneys' fees is DENIED. The Clerk of Court is directed to terminate the motion pending at ECF No. 55.

      SO ORDERED.

Dated: January 20, 2022
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge